## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN   DIVISION

JAMES T. DAWES                                *
                                             *
       Plaintiff                       *

VS.                                           *
                                             *         NO: 3:08CV00111   SWW
CAMERON MUTUAL INSURANCE      *
CO.                                           *
                                             *
       Defendant                    *


### **ORDER**

By order entered October 15, 2008, the Court denied Plaintiff's motion for a sixty-day extension of the deadline by which the parties must confer pursuant to Federal Rule of Civil Procedure 26(f), finding a sixty-day extension excessive and unnecessary.  The Court directed the parties that they were jointly responsible for holding a Rule 26(f) conference on or before November 7, 2008.  On November 5, 2008, counsel for Defendant contacted the Court, via telephone, and requested thirty-day extension of time by which the parties must confer pursuant to Rule 26(f).  The request is GRANTED.  The parties are jointly responsible for holding a conference pursuant to Rule 26(f) on or before December 1, 2008.   Any request to extend this deadline  must be by written motion.

IT IS SO ORDERED THIS 13TH DAY OF NOVEMBER, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE