IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES T. DAWES                                                                                              PLAINTIFF

v.                                         CASE NO. 3:08CV00111SWW

CAMERON MUTUAL INSURANCE CO.                                                          DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

On this 20th day of April, 2009, it is represented to the Court by counsel for Cameron Mutual Insurance Company that the above cause has been compromised and settled. The Court has also been advised that while James T. Dawes has appeared *pro se* in this matter, Mr. Dawes has entered into the settlement agreement with Cameron Mutual Insurance Company upon the advice of his own counsel.

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and the same hereby is, dismissed with prejudice.

IT IS SO ORDERED.

/s/Susan Webber Wright

UNITED STATES DISTRICT COURT

PREPARED BY:

BARRETT & DEACON, P.A.

By  /s/ Shane Baker
        Attorneys for Defendant

By  /s/ James Dawes
        Plaintiff